| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282 |
|   | Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082 |
| 4 | Amanda Seabock, Esq., SBN 289900 |
|   | 8033 Linda Vista Road, Suite 200 |
| 5 | San Diego, CA 92111 |
|   | (858) 375-7385; (888) 422-5191 fax |
| 6 | amandas@potterhandy.com |
| 7 | Attorneys for Plaintiff, GILBERT SALINAS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT SALINAS, | ) | Case No.: 2:20-cv-05828-RSWL-MRW |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| CARLSON INDUSTRIES, LLC, a California Limited Liability Company; and Does 1-10, | ) ) ) ) | |
| Defendants, | ) | |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: July 15, 2021        /s/ Amanda Seabock
                            Amanda Seabock
                            Attorney for Plaintiff

Notice of Settlement           -1-            2:20-cv-05828-RSWL-MRW