
CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

John B. Marshall, Esq. (SBN 045601)
Paul C. Bauducco, Esq. (SBN 119512)
LEWITT, HACKMAN, SHAPIRO,
MARSHALL & HARLAN,
a Law Corporation
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone: (818) 9-2120
Telecopier: (818) 981-4764
jmarshall@lewitthackman.com
Attorney for Defendant
Carlson Industries, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>          Plaintiff,<br><br>v.<br><br>CARLSON INDUSTRIES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>          Defendants. | Case No.: 2:20-cv-05828-RSWL-MRW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| Dated: August 10, 2021 | | CENTER FOR DISABILITY ACCESS |
| | By: | /s/ Amanda Seabock<br>Amanda Seabock<br>Attorneys for Plaintiff |
| Dated: August 10, 2021 | | LEWITT, HACKMAN, SHAPIRO, MARSHALL & HARLAN, a Law Corporation |
| | By: | /s/ John B. Marshall<br>John B. Marshall<br>Paul C. Bauducco<br>Attorneys for Defendant<br>Carlson Industries, LLC |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to John B. Marshall, counsel for Carlson Industries, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: August 10, 2021          CENTER FOR DISABILITY ACCESS

                                By:     /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff